COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Cora Lea Byford v. Lila Thompson

Appellate case number:    01-20-00180-CV

Trial court case number:  20CCV0001

Trial court:                        County Court of Chambers County

Appellant's brief was originally due on May 11, 2020.  The Court granted three extensions until March 29, 2021.  In April 2021, appellant filed a notice that she had not received a copy of the record.  Soon thereafter, appellant advised the Court that she had received a copy of the clerk's and reporter's records.  On December 10, 2021, this Court issued a notice that the appeal might be dismissed unless she filed her brief by December 27, 2021.  On December 21, 2021, appellant filed a motion for extension of time to file her brief.

Appellant's motion is **granted** and the deadline for filing her brief is **August 14, 2022**.  No further extensions will be granted.  **If no brief is filed on August 14, 2022, the appeal will be dismissed for failure to prosecute the appeal.**  *See* TEX. R. APP. P. 42.3.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                          ☑ Acting individually    ☐ Acting for the Court


Date:   ___July 26, 2022___